nied. *Edward R. Burke* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Abbott M. Sellers* and *S. Walter Shine* for respondent.

No. 112. GENTRY *v.* NORTH CAROLINA. Supreme Court of North Carolina. Certiorari denied. *W. H. Strickland* for petitioner. *Harry McMullan,* Attorney General of North Carolina, *T. W. Bruton* and *Ralph Moody,* Assistant Attorneys General, for respondent.

No. 113. BATH MILLS, INC. *v.* ODOM. C. A. 4th Cir. Certiorari denied. *P. F. Henderson* for petitioner. *Henry Hammer* for respondent.

No. 114. BEST & CO., INC. *v.* MILLER, DOING BUSINESS AS MILLER'S LILLIPUTIAN SHOPPE. C. A. 2d Cir. Certiorari denied. *Joseph M. Proskauer, Harold H. Levin* and *M. James Spitzer* for petitioner. *Milton Handler* for respondent.

No. 119. DURANT *v.* HIRONIMUS, WARDEN. C. A. 4th Cir. Certiorari denied. *Hugh H. Obear* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Frederick Bernays Wiener, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 120. BLACK, DOING BUSINESS AS SUPERIOR TRUCKING CO., *v.* INTERSTATE COMMERCE COMMISSION. C. A. 5th Cir. Certiorari denied. *Joseph H. Blackshear, Elliott Goldstein, Max F. Goldstein* and *B. D. Murphy* for petitioner. *Solicitor General Perlman, Assistant Attorney General Bergson, Edward Dumbauld, Daniel W.*

*Knowlton* and *Daniel H. Kunkel* for respondent.

No. 122.  REAGON *v.* D'ANTONIO.  Court of Appeal of Louisiana, Parish of Orleans.  Certiorari denied. *Lewis R. Graham* for petitioner.  *Moses C. Scharff* for respondent.

No. 123.  CARTER CARBURETOR CORP. *v.* KINGSLAND, COMMISSIONER OF PATENTS.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.  *Hugh M. Morris, Gilbert P. Ritter* and *George R. Ericson* for petitioner.  *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Melvin Richter* and *W. W. Cochran* for respondent.

No. 124.  RINN, EXECUTRIX, ET AL. *v.* BROADWAY TRUST & SAVINGS BANK ET AL.  Appellate Court of Illinois, First District.  Certiorari denied.  *Meyer Abrams* for petitioners.  *Hector A. Brouillet* for Jaeger, Receiver, respondent.

No. 125.  DEGRAZIA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.  *George F. Callaghan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Beatrice Rosenberg* for the United States.

No. 126.  NEW YORK LIFE INSURANCE Co. *v.* COOPER ET AL.  C. A. 10th Cir.  Certiorari denied.  *William F. Tucker* for petitioner.  *Villard Martin* for respondents.

No. 127.  PORT GIBSON VENEER & BOX Co. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari de-